**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,         )<br>                                                      )<br>             Plaintiff,                    )<br>                                                      )<br> vs.                                              )<br>                                                      )<br> Roman Edward Piotrowski,   )<br>                                                      )<br>             Defendant.                )<br>                                                      )<br>_____) | CR 02-50109-001-PHX-ROS<br><br><br><br><br>**ORDER** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 21, 2005.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 46(c) FED.R.CRIM.P. that he is neither a flight risk nor a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1   **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3   DATED this 22nd day of September, 2005.

_____
Lawrence O. Anderson
United States Magistrate Judge